MICHAEL L. STAPINSKI *v.* WALSH CONSTRUCTION CO., INC.

[No. 3-376A48. Filed December 27, 1978. Rehearing denied February 9, 1979. Transfer granted October 16, 1979.]